B 1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | VOLUNTARY PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Maelo Corp. dba El Tequilazo** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**94-3438613** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**43 West 46th Street**<br>**New York, New York**<br><div align="right">ZIP CODE **10036**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIP CODE</div> | <div align="right">ZIP CODE</div> |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☑ Chapter 11           Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                             Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

<div align="right">THIS SPACE IS FOR COURT USE ONLY</div>

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): | Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case.)* | Maelo Corp. dba El Tequilazo | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): | Page 3 |
| *(This page must be completed and filed in every case.)* | Maelo Corp. dba El Tequilazo | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
  Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Elena Zuluaga*
  Signature of Authorized Individual
  Elena Zuluaga
  Printed Name of Authorized Individual
  President
  Title of Authorized Individual
  04/11/2013
  Date

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


In re:


Maelo Corp. dba

El Tequilazo

)


AFFIDAVIT OF ELENA ZULUAGA, PRESDIENT OF MAELO CORP. DBA EL TEQUILAZO PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES FOR THE SOUTHER DISTRICT OF NEW YORK IN SUPPORT OF CHAPTER 11 PETITION


1. I respectfully submit this Affidavit to the United State Bankruptcy Court of the Southern District of New York (hereinafter the ◆Court◆). Except as otherwise indicated, all facts set forth in this Affidavit are based upon my personal knowledge as the sole principal of Debtor and as the person who is responsible for direct daily operation of the business of Debtor commencing June 1, 2013.


The Debtor's Business


2. Debtor is a Corporation duly organized under the laws of the State of New York, which entity maintains its principal place of business at 43 West 46th Street, New York, New York 10036 (hereinafter the ◆Premises◆).


3. Debtor was formed to acquire, own and manage a restaurant at the Premises. Events leading to a second Chapter II filing are as follows:


4. As I stated in the prior petition submitted to the Court, I, the sole principal of Debtor, was a

victim of a default to proceed responsibly and contractually on the part of Lazaro Navarro (hereinafter "Navarro"), first on a transfer agreement and thereafter on a stock transfer agreement (hereinafter the "Agreements") wherein I first sold all of my right and interest to Navarro in a conventional transfer of ownership and subsequently my shares of stock in Maelo Corp.to Navarro. However, Navarro defaulted, pursuant to the terms of the Agreements inasmuch as he failed to submit an application, on a timely basis, to the New York State Liquor Authority for approval of a transfer of the business or to follow through on a corporate stock transfer. Moreover, Navarro continued to operate and failed to pay outstanding liabilities, including, but not limited, to: Rent; Sales Taxes; Franchise Taxes; New York State Labor taxes and violations, etc. The previous petition details behavior displayed by Navarro that, in the Affiant�s opinion, is tantamount to criminal actions inasmuch as his destruction of and illegal occupation of the Premises.

7. Navarro had not paid rent in the approximate amount of $66,000.00, when the first petition was filed. However, after the stay on the first petition was lifted, I continued to operate Debtor, I borrowed monies from Manuel B. Vidal, Jr. and was able to reduce the outstanding debt to the landlord from $66,000.00 to $36,000.00 and, in addition paid off numerous other liabilities due by Debtor.

8. I believe, since the first petition was submitted, that Debtor has demonstrated an incredible ability to generate substantial revenues. For example, for the month of July 2013, the Debtor sold $54,000.00. During June 2014, the Debtor sold $136,000.00. I still believes the business in question is, indeed, very profitable and capable of increased revenues. Two new hotels have been built: one two doors down from Debtor, which has about 30 stories and another diagonally across the street. Once said hotels are operational, they will most definitely serve as an engine of increased sales revenues for Debtor. In addition, the economy is slowly improving, as is evident from the sales comparison for the months described above.

9. I do hereby inform that one (1) prior case was filed by Debtor, under Chapters II.

10. No creditors' committee was organized for the first petition.

11. Debtor has approximately eleven (11) unsecured creditor.

12. The following is a summary of Debtor's assets and liabilities. Debtor's books and records reflect that it currently has in its name only one asset: Furniture and fixtures and equipment existing at the Premises.

13. Debtor's books and records are available for a limited period, as the accountant under Navarro refused to hand over the books and records he had in his possession, as previously stated.

14. Debtor is not a publically held company.

15. Debtor is not in possession or custody of any custodian, public officer, receiver, trustee, assignee for the benefit of creditors, mortgages, pledge, assignee of rents, secured creditor, or any agent for any of the foregoing.

16. Debtor's lease is in full force for the Premises.

17. Books and records of Debtor are in sole possession at the Premises.

18. To the best of my knowledge, information and belief, certain actions are currently pending against Debtor, as follows:

An eviction notice from the landlord;

A seizure from the New York State Department of Taxation and      Finance.

19. Debtor's senior management is comprised of the Affiant, a marketing company and a Certified Public Accountant.

20. Debtor's business will continue to operate. As such, the following represents the estimated amount of expenses for the 30 days following the Chapter 11 Petition:

(1) Estimated amount of monthly payroll to employees (exclusive of officers, directors, and stockholders): $ 28,000.00

21. The following represents an estimate of net receipts for the business for the 30 days following the Chapter 11 Petition. Debtor's business income is 35% in cash and 65% in credit cards:

(1) Approximate Cash Receipts Monthly:             $ 33,000.00

(2) Approximate Credit Card Receipts Monthly:      65,000.00

Total Estimated Income: $             98,000.00

Net Profit Approximately $ 23,000.00

Debtor declares, under penalty of perjury, that this Corporate Ownership Statement is true and correct.

X _Elena Zuluaga_

Elena Zuluaga President

Maelo Corp. dba El Tequlazo

Sworn to before me this

12TH

Day of August 2014

MICHAEL S. RUIVIVAR
Notary Public, State of New York
No. 01RU5033415
Qualified in New York County
Commission Expires Sept. 19, 10/22/2014

## CORPORATE RESOLUTION

I, Elena Zuluaga, President of Maelo Corp. dba El Tequilazo, a corporation duly organized under the laws of the State of New York (hereinafter the "Company"), do hereby certify that the following is a true and correct copy of a resolution duly adopted on August 11, 2014, at which meeting a duly constituted quorum of the Directors was present and acting throughout and that such resolution has not been modified, rescinded or revoked and is at present in full force and effect.

**RESOLVED**, That Elena Zuluaga, President of Maelo Corp. dba El Tequilazo, Inc., is empowered and authorized to execute and file in the name and on behalf of this Company voluntary petition, under Chapter 11 this 11th day of August 2014.

**IN WITNESS WHEREOF**, the undersigned has affixed her signature this 11th day of August, 2014.

ELENA ZULUAGA, President
Maelo Corp. dba El Tequilazo

Sworn to before me

this 12TH day of August 2014

NOTARY
MICHAEL S. RUVIVAR
Notary Public, State of New York
No. 01RU5033415
Qualified in New York County
Commission Expires Sept. 19,

10/22/2014

## List of Creditors

Manuel B. Vidal, Jr.                              $175,000.00
9-20 166th Street, Apt. 6B
Whitestone, NY  11357

New York State Tax Commission           $ 60,000.00
Bankruptcy Section
PO Box 5300
Albany, NY  12205

Joseph Wehbe                                      $ 93,000.00
New Castle Management
5134 Limousine Court
Rockledge, Florida  32955

Department of the Treasury                 $ 50,000.00
Internal Revenue Service
Holtsville, NY 11742-0480

Clever Ideas                                       $ 172,667.09
13 Rayburn Drive
Henderson,  NV 89074